COPPER CANYON LAW

*43 E. 1ˢᵗ Avenue*
*Mesa, Arizona 85210*
*Office: (480) 833-3838*
[www.coppercanyonlaw.com](http://www.coppercanyonlaw.com)
Timothy F. Coons (031208)
[Timothy@coppercanyonlaw.com](mailto:Timothy@coppercanyonlaw.com)
Cameron J. Mitchell (035735)
[Cameron@coppercanyonlaw.com](mailto:Cameron@coppercanyonlaw.com)
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Lopez, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>Imperfect Foods, Inc., a Delaware corporation,<br><br>                    Defendant. | Case No.<br><br>**COMPLAINT** |

Plaintiff, Marco Lopez, by and through undersigned counsel, hereby alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.      Marco Lopez ("Mr. Lopez") was at all times relevant herein a resident of Pima County, Arizona.

2.      Defendant Imperfect Foods, Inc., ("Defendant" or "Imperfect"), at all times relevant herein, is a Delaware corporation doing business in Arizona located Pima County, State of Arizona.

3.      Mr. Lopez was at all times relevant herein an employee of Imperfect.

4.      All acts, agreements, and contracts hereinafter alleged were to be substantially performed, and completed in Pima County, Arizona.

5.      The named Defendant herein, and below-named employees or agents of Defendant, are intended to represent individuals acting either in their individual capacities, or as agents, representatives, directors, shareholders, or employees duly authorized and were acting within their employment with regards to the transactions hereinafter alleged.

6.      Jurisdiction and venue pursuant to 42 U.S.C. § 2000e-5(f)(3) are appropriate in this Court.

## GENERAL ALLEGATIONS

7.      Mr. Lopez is a gay Hispanic male, with English being his second language.

8.      Mr. Lopez began working for Imperfect in September 2018.

9.      Shortly after beginning his employment, Mr. Lopez began to take on additional responsibilities and rose to managing multiple groups.

10.     Mr. Lopez was the only person in management to continually maintain an 88% approval rating through Imperfect's performance rating system.

11.     Mr. Lopez began to endure adverse treatment at the hands of his superiors, which were primarily women.

12.     Specifically, Ms. Amy Corestorphine continually mocked Mr. Lopez's Hispanic accent, made fun of him if he mis-pronounced words, and even resorted to calling him homophobic slurs such as "faggot."

13.     Mr. Lopez, along with other Hispanic and black employees, began to sit together for lunch in a particular area of the office as they felt isolated and ostracized due to the adverse treatment.

14.     Other employees, including Ms. Corestorphine, would refer to this area as "the dark side."

15.     Imperfect utilized the computer program Slack to communicate amongst each other.

16.     It was later discovered and made known to Mr. Lopez that a number of women in the office, including the vice president and a member of human resources, were a part of an exclusive "Women's Only" channel in which they would share and discuss anti-male and other derogatory topics.

17.     In or around September 2019, Mr.  Lopez reported the discriminatory treatment at the hands of his supervisors to Imperfect's human resources department.

18.     Initially, human resources took no action.

19.     After continued reports, human resources eventually initiated an investigation via a third party, pursuant to Mr. Lopez's request.

20.     Following his reporting of the discriminatory actions, Mr. Lopez's superiors continued to discriminate and began to ignore him, treat him rudely, and scrutinize his work, seemingly looking for any reason to terminate him.

21.     Mr. Lopez, in requesting available earned paid sick time, received a verbal authorization to miss a particular day.

22.     When he returned to work, he was told that he did not request the time off via email, was considered a "no show," and was subsequently terminated in or about October 2019.

23.     Following his termination, Mr. Lopez received a letter from Imperfect Foods with the result of the investigation. **Exhibit A**.

24.     The letter explicitly stated that his allegations of discriminatory actions were substantiated.

25.     Subsequent to his termination, Mr. Lopez formalized a Charge of Discrimination on October 18, 2019 with the Arizona Civil Rights Division and the EEOC, citing both race and sex discrimination and retaliation. A true and correct copy of the Charge is attached as **Exhibit B**.

26.     The Arizona Civil Rights Division/EEOC issued its Notice of Suit Rights for the charge on June 18, 2020. A true and correct copy of the Notice is attached as **Exhibit C**.

27.     All conditions precedent to this lawsuit have been satisfied or have occurred.

<u>**COUNT ONE**</u>
**TITLE VII - UNLAWFUL SEX AND RACE DISCRIMINATION**

28.     Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

29.     An excellent track record, Plaintiff began to be unlawfully treated differently than his counterparts and coworkers based in part on his gender and sexual orientation.

30.     Specifically, being ridiculed for his accent and mis-pronouncing English words and being called homophobic slurs such as "faggot" and being subjected to anti-men and other derogatory comments and discussions via Slack messages.

31.     There are no legitimate nondiscriminatory reasons for these actions.

32.    Imperfect's human resources department initially took no action whatsoever to Mr. Lopez's complaints before eventually agreeing to utilize a third-party to conduct an investigation.

33.    The investigation resulted in a finding that Mr. Lopez's allegations were substantiated.

34.    Imperfect, through its agents, have engaged in unlawful discriminatory actions due to Plaintiff's gender with respect to her terms, conditions, privileges, and opportunities of employment in violation of Title VII and recent U.S. Supreme Court rulings.

35.    These actions have caused severe emotional distress and financial hardship in amounts to be proven at trial.

**COUNT TWO**
**TITLE VII - UNLAWFUL RETALIATION**

36.    Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

37.    Following having been subjected to and enduring the targeting and discriminatory actions as set forth above, Mr. Lopez engaged in a protected activity and reported these actions to human resources.

38.    Imperfect's human resources department initially took no action whatsoever to Mr. Lopez's complaints before eventually agreeing to utilize a third-party to conduct an investigation.

39.    Immediately following Mr. Lopez's reports to human resources, his superiors continued to discriminate and began to ignore him, treat him rudely, and scrutinize his work, seemingly looking for any reason to terminate him.

40.     Within a month of Mr. Lopez's reports to human resources, Imperfect terminated Mr. Lopez's employment under the guise of improperly requesting time off.

41.     Imperfect, through its agents, have engaged in unlawful retaliatory actions in violation of Title VII.

42.     These actions have caused severe emotional distress and financial hardship in amounts to be proven at trial.

## COUNT THREE
## VIOLATIONS OF ARIZONA EARNED PAID SICK TIME LAWS

43.     Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

44.     As set forth above, Mr. Lopez requested available earned paid sick time to miss a particular day of work.

45.     This use of time was for the purposes provided in A.R.S. § 23-373.

46.     Upon his return, Imperfect retaliated against Mr. Lopez and counted such use as an unexcused absence that lead to his discharge, as explicitly prohibited in A.R.S. § 23-374.

47.     A.R.S. § 23-364 provides that an employer who retaliates against an employee shall be required to pay not less than $150 for each day that the violation continued <u>or</u> until legal judgment is final. *See also Ariz. Chamber Commerce v. Kiley*, 399 P.3d 80, 86 (Ariz. 2017) (stating that the term "article" as used in A.R.S. .§ 23-364 shall mean both article 8 [minimum wage] and article 8.1 [earned paid sick time]).

48.     A.R.S. § 23-364 also provides for Mr. Lopez to a recovery of his attorneys' fees.

//

//

1

## **PRAYER FOR RELIEF**

2
WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

3

4
A.      For all damages as permitted by law including but not limited to front and back

5
pay damages, emotional distress damages, compensatory damages, liquidated damages, and

6
any other damages allowed by law and as set forth above;

7
B.      For interest at the highest rate allowed by law from the earliest time permitted by

8
law until the judgment is paid in full;

9

10
C.      For attorneys' fees and costs as provided by contract, law or by statute, including

11
but not limited to A.R.S. § 23-364, as set forth above;

12
D.      For prejudgment and post-judgment interest in the highest amount allowed by

13
law; and,

14

15
E.      For such other and further relief as may be just and proper in law and equity.

16

17
RESPECTFULLY SUBMITTED this 16th day of September, 2020

18

19
                                        **COPPER CANYON LAW, LLC**

20
                                        /s/ Cameron Mitchell
                                        Cameron Mitchell

21
                                        43 E. 1st Ave

22
                                        Mesa AZ, 85210

23

24

25

26

27

28

# Exhibit A



December 3, 2019

Marco Lopez
1721 E Camino Carreta
Tucson, AZ 85714

Re: Findings of Investigation

Dear Mr. Lopez,

Thank you for utilizing our complaint system and for allowing us the opportunity to investigate your concerns. As you know, we retained a third party investigator at your request.

The allegations that were investigated: (1) homophobic slurs; (2) two instances of discriminatory Slack messages; (3) comments about "the darkside"; (4) lastly, general comments about the overall culture. The investigator communicated his findings to your allegations and we wanted to share that information with you. As to allegation #1, unsubstantiated; allegation #2, partially substantiated; allegation #3, unfounded; allegation #4, unsubstantiated. We are taking steps to address the allegation that was partially substantiated.

If you have any questions don't hesitate to reach out to the Director of People Operations.

Sincerely,


Carla Allen
Director of People Operations


cc: HR File

Exhibit B

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | |

## Arizona Attorney General's Office, Civil Rights Division and EEOC
*State or Local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE NO. *(Include Area Code)* |
|---|---|
| Mr. Marco A. Lopez | (520) 528-3035 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1721 East Camino Carreta | Tucson, AZ, 85714 | July 7, 1983 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. *(If more than one, list below.)*

| NAME | NUMBER OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Imperfect Foods, Inc. | 500+ | (707) 646-1275 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1209 Orange Street | Wilmington, DE, 19801 | New Castle |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Imperfect Foods, Inc. | | 707) 646-1275 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3535 East Valencia Road | Tucson, AZ 85706 | Pima |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE

☒ RETALIATION ☐ DISABILITY ☐ GENETIC TEST RESULTS ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE |
|---|
| *EARLIEST (ADEA/EPA)     LATEST (ALL)* |
| 10/2018 |
| ☒ Continuing Action |

EXPLAIN THE PARTICULARS OF WHAT TOOK PLACE *(If additional space is needed, attach extra sheet(s):*

I have been discriminated against by Imperfect Foods on multiple grounds. I am a Gay, Hispanic, Male and while Imperfects Foods, Inc. presents itself as an inclusive environment in reality it is not.

The company uses Slack as a means of communication, there have been multiple racist remarks transmitted through Slack to me and other members of the company. There is also a Women's channel on Slack. I became aware of multiple comments demonizing Men on the Women's only channel. Multiple members of the Women's only channel are in positions of power and were aware of these comments and have allowed these sexist comments to continue unabated, or even personally made them. Additionally, all Hispanic and African American employees now sit together on one side of the building as they are made to feel uncomfortable. My supervisor is Amy Corestorphine, this supervisor has mocked my accent, has made racist comments and has called me a "faggot". I've witnessed her make similar inappropriate remarks to others along the same themes.

I reported these items and my concerns to Human Resources and initially no action was taken. With additional reports by others to HR, they eventually opened an investigation. Since reporting the issues as opposed to things getting better, they have only gotten worse. Since reporting I have been treated rudely and as an enemy of Imperfect. It appears they are trying to find everything and anything to justify terminating me. I have been treated horribly lately. I notified them that the recent mistreatment was retaliatory based on my prior reporting of these issues. I have now submitted a complaint on retaliation. I've identified to them issues that were retaliation to HR on multiple occasions. Ultimately rather than addressing the systemic issues to have a truly inclusive environment, I was terminated by Imperfect on grounds that would not have been an issue had I not reported these issues and been retaliated against.

This discriminatory behavior has impacted me and others in additional ways. When I was asked to manage employees in multiple departments and I was denied a raise, this raise was denied improperly for the

| I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures. <br> I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief. | Signature of Complainant and Date: *(signature)* 10/18/19 |
|---|---|
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, Day, Year)* <br> *October 18, 2019* |

aforementioned discriminatory reasons.  I was terminated in retaliation for making these complaints.



# **WELLS FARGO**

# **Acknowledgment by Individual**

State of _ARIZONA_  County of _PIMA_

On this _18_ day of _OCTOBER_, 20 _19_, before me, _EDNA OSOBAMPO_
Name of Notary Public

the undersigned Notary Public, personally appeared
_MARCO ANTONIO LOPEZ_

Name of Signer(s)

○ Proved to me on the oath of _____
○ Personally known to me
☑ Proved to me on the basis of satisfactory evidence _AZ ST ID D00249009 Exp. 12/11/2019_
(Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

```
┌──────────────────────────────────────┐
│  (seal)    Edna Osobampo              │
│            Notary Public              │
│            Pima County, Arizona       │
│            My Comm. Expires           │
│            07-18-2020                 │
└──────────────────────────────────────┘
```

Notary Seal

_____
(Signature of Notary Public)

My commission expires __07/18/2020__

_Optional: A thumbprint is
only needed if state statutes
require a thumbprint._

```
┌─────────────────────┐
│  Right Thumbprint   │
│     of Signer       │
│ Top of thumb here   │
│                     │
│                     │
│                     │
└─────────────────────┘
```

## **For Bank Purposes Only**
### **Description of Attached Document**

Type or Title of Document
_CHARGE OF DISCRIMINATION  (EEOC)_

Document Date _10/18/2019_    Number of Pages _2_

Signer(s) Other Than Named Above



DSG5350 (Rev 02 - 05/17)

FO001-00000DSG5350-01

Exhibit C

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Marco Lopez**<br>**1721 E. Camino Carreta**<br>**Tucson, AZ 85714** | From: | **Phoenix District Office**<br>**3300 North Central Ave**<br>**Suite 690**<br>**Phoenix, AZ 85012** |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **540-2020-00320** | **Patricia A. Miner,**<br>**Supervisory Investigator** | **(602) 661-0040** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.**  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):**  You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Elizabeth Cadle,**
**District Director**

*(Date Mailed)*

cc:

**Director**
**Human Resources**
**IMPERFECT FOODS INC**
**1616 Donner St.**
**San Francisco, CA 94124**

**Spencer M. Coons, Esq.**
**COPPER CANYON LAW**
**43 E. 1st Ave.**
**Mesa, AZ 85210**

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

RECD BY

OCT 2 1 2019

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.  **PXDO** | ☐ FEPA  ☒ EEOC | 540.2020. 00320 |

## Arizona Attorney General's Office, Civil Rights Division and EEOC
State or Local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Mr. Marco A. Lopez | | (520) 528-3035 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 1721 East Camino Carreta | Tucson, AZ, 85714 | July 7, 1983 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Imperfect Foods, Inc. | 500+ | (707) 646-1275 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 1209 Orange Street | Wilmington, DE, 19801 | New Castle |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| Imperfect Foods, Inc. | | 707) 646-1275 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 3535 East Valencia Road | Tucson, AZ 85706 | Pima |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)): ☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE ☒ RETALIATION ☐ DISABILITY ☐ GENETIC TEST RESULTS ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) 10/2018 LATEST(ALL) 10/15/2019 ☒ Continuing Action

EXPLAIN THE PARTICULARS OF WHAT TOOK PLACE (If additional space is needed, attach extra sheet(s):

I have been discriminated against by Imperfect Foods on multiple grounds. I am a Gay, Hispanic, Male and while Imperfects Foods, Inc. presents itself as an inclusive environment in reality it is not.

The company uses Slack as a means of communication, there have been multiple racist remarks transmitted through Slack to me and other members of the company. There is also a Women's channel on Slack. I became aware of multiple comments demonizing Men on the Women's only channel. Multiple members of the Women's only channel are in positions of power and were aware of these comments and have allowed these sexist comments to continue unabated, or even personally made them. Additionally, all Hispanic and African American employees now sit together on one side of the building as they are made to feel uncomfortable. My supervisor is Amy Corestorphine, this supervisor has mocked my accent, has made racist comments and has called me a "faggot". I've witnessed her make similar inappropriate remarks to others along the same themes.

I reported these items and my concerns to Human Resources and initially no action was taken. With additional reports by others to HR, they eventually opened an investigation. Since reporting the issues as opposed to things getting better, they have only gotten worse. Since reporting I have been treated rudely and as an enemy of Imperfect. It appears they are trying to find everything and anything to justify terminating me. I have been treated horribly lately. I notified them that the recent mistreatment was retaliatory based on my prior reporting of these issues. I have now submitted a complaint on retaliation. I've identified to them issues that were retaliation to HR on multiple occasions. Ultimately rather than addressing the systemic issues to have a truly inclusive environment, I was terminated by Imperfect on grounds that would not have been an issue had I not reported these issues and been retaliated against.

This discriminatory behavior has impacted me and others in additional ways. When I was asked to manage employees in multiple departments and I was denied a raise, this raise was denied improperly for the

| I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures. | Signature of Complainant and Date |
|---|---|
| I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, Day, Year) October 18, 2019 |

aforementioned discriminatory reasons.  I was terminated in retaliation for making these complaints.

REC'D BY

OCT 2 1 2019

PXDO



**WELLS FARGO**

## Acknowledgment by Individual

REC'D BY

OCT 2 1 2019

PXDO

State of LARIZONA          County of PIMA

On this 18 day of OCTOBER, 20 19, before me, EDNA OSOBAMPO
Name of Notary Public

the undersigned Notary Public, personally appeared
MARCO ANTONIO LOPEZ

Name of Signer(s)

○ Proved to me on the oath of _____

○ Personally known to me

☑ Proved to me on the basis of satisfactory evidence AZ ST ID D00249009 Exp. 12/11/2019
(Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

Edna Osobampo
Notary Public
Pima County, Arizona
My Comm. Expires
07-18-2020

Notary Seal

(Signature of Notary Public)

My commission expires 07/18/2020

Optional: A thumbprint is only needed if state statutes require a thumbprint.

Right Thumbprint of Signer

**For Bank Purposes Only**
**Description of Attached Document**

Type or Title of Document
CHARGE OF DISCRIMINATION (EEOC)

Document Date          Number of Pages
10/18/2019                    3

Signer(s) Other Than Named Above



FO01-00000DSG5350-01

DSG5350 (Rev 02 - 05/17)