IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Lopez,<br><br>        Plaintiff,<br><br>v.<br><br>Imperfect Foods Incorporated,<br><br>        Defendant. | No. CV-20-00395-TUC-JCH<br><br>**ORDER** |

On September 16, 2020, Plaintiff filed a Complaint in this matter pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, and Arizona law pursuant to A.R.S. § 23-364, A.R.S. § 23-373, and A.R.S. § 23-374. (Doc. 1). On January 5, 2021, this Court issued an order to show cause as to why the Complaint should not be dismissed for a failure to serve. (Doc. 7.) On January 22, 2021, Plaintiff filed a Notice of Good Cause (Doc. 8) and indicated that the parties were working towards a settlement agreement. On April 16, 2021, in response to the Court's order requesting an update (Doc. 9), the Plaintiff disclosed that the parties reached settlement. (Doc. 10). Pending before the Court is Plaintiff's Notice of Voluntary Dismissal, with prejudice as to all claims (Doc. 11), pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Under the rule, "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment...." Fed.R.Civ.P. 41(a)(1)(A)(i). The Ninth Circuit has further

explained the nature of the plaintiff's "absolute right" under Rule 41(a)(1)(A)(i):

> A plaintiff may dismiss his [or her] action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required.... The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice.... Such a dismissal leaves the parties as though no action had been brought.

*American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir.1999) (internal citations and quotations omitted).

Here, there is no further action for this Court to take other than to ensure that the Clerk of Court terminates this action. *See id*. Such practice does not prejudice defendants; "If defendants desire to prevent plaintiffs from invoking their unfettered right to dismiss actions under rule 41(1)(a) [they] may do so by taking the simple step of filing an answer." *Id.* at 1112 (internal citations omitted).

Accordingly,

**IT IS ORDERED DIRECTING** the Clerk to terminate this action given Plaintiff's notice of voluntary dismissal under Rule 41(a)(1)(A)(i) (Doc. 11).

Dated this 3rd day of May, 2021.

_____
Honorable John C. Hinderaker
United States District Judge